UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
SODEXHO MARRIOTT MGMT, INC.,       :
             Plaintiff,          :
      -against-                    :   No. 3: 01 CV 207 (GLG)
                                :
BROOKFIELD PUBLIC SCHOOL DIST.,    :
            Defendant.          :
------------------------------X

### NOTICE TO COUNSEL

    The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, a judgment will be entered on **December 5, 2003** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Waterbury, Connecticut, November 26, 2003.

_____
GERARD L. GOETTEL
SENIOR UNITED STATES DISTRICT JUDGE