UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SODEXHO MARRIOTT** | : | **CIVIL ACTION NO.** |
| **MANAGEMENT, INC.,** | : | **3:01-CV-207 (GLG)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BROOKFIELD PUBLIC SCHOOL** | : | |
| **DISTRICT,** | : | |
| Defendant. | : | **JANUARY 7, 2004** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the plaintiff, Sodexho Marriott Management, Inc. ["Sodexho"], and the defendant, Brookfield Public School District ["Brookfield"], hereby submit this stipulation of dismissal. Brookfield hereby dismisses its counterclaims against Sodexho with prejudice and Sodexho's hereby dismisses its claims against Brookfield without prejudice. Each party shall bear its own legal fees and costs in this matter.

| THE PLAINTIFF,<br>SODEXHO MARRIOTT<br>MANAGEMENT, INC. | THE DEFENDANT,<br>BROOKFIELD PUBLIC SCHOOL<br>DISTRICT |
|---|---|
| By _____<br>Kenneth J. Martin<br>Federal Bar No. ct22374<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 737-3100<br>Facsimile: (617) 737-3113<br>E-Mail: KMartin@cmj-law.com | By _____<br>Michael P. McKeon<br>Federal Bar No. ct02290<br>Sullivan, Schoen, Campane & Connon<br>646 Prospect Avenue<br>Hartford, Connecticut 06105-4286<br>Telephone: (860) 233-2141<br>Facsimile: (860) 233-0516<br>E-Mail: mmckeon@sscc-law.com |