**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **SODEXHO MARRIOTT MANAGEMENT, INC.,**<br>　　　　Plaintiff, | **CIVIL ACTION NO.**<br>**3:01-CV-207 (GLG)** |
| v. | |
| **BROOKFIELD PUBLIC SCHOOL DISTRICT,**<br>　　　　Defendant. | **JANUARY 7, 2004** |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, the plaintiff, Sodexho Marriott Management, Inc. ["Sodexho"], and the defendant, Brookfield Public School District ["Brookfield"], hereby submit this stipulation of dismissal. Brookfield hereby dismisses its counterclaims against Sodexho with prejudice and Sodexho's hereby dismisses its claims against Brookfield without prejudice. Each party shall bear its own legal fees and costs in this matter.



ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ DEPUTY CLERK

| | |
|---|---|
| THE PLAINTIFF,<br>SODEXHO MARRIOTT<br>MANAGEMENT, INC.<br><br>By _____<br>Kenneth J. Martin<br>Federal Bar No. ct22374<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 737-3100<br>Facsimile: (617) 737-3113<br>E-Mail: KMartin@cmj-law.com | THE DEFENDANT,<br>BROOKFIELD PUBLIC SCHOOL<br>DISTRICT<br><br>By _____<br>Michael P. McKeon<br>Federal Bar No. ct02290<br>Sullivan, Schoen, Campane & Connon<br>646 Prospect Avenue<br>Hartford, Connecticut 06105-4286<br>Telephone: (860) 233-2141<br>Facsimile: (860) 233-0516<br>E-Mail: mmckeon@sscc-law.com |

## CERTIFICATION

This is to certify that a fully executed copy of the foregoing Stipulation of Dismissal was sent via first-class mail, postage prepaid, on this _16th_ day of January 2004, to Michael P. McKeon, Esq.; Sullivan, Schoen, Campane & Cannon, LLC; 646 Prospect Avenue, Hartford, Connecticut 06105-4286, and to Mark D. Soycher, Esq., Law Office of Mark D. Soycher LLC, 120 Mountain Avenue, Suite 311, Bloomfield, Connecticut 06002.

_____
Kenneth J. Martin